UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Lahl, David Brian §   Case No. 17-04923
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/21/2017. The undersigned trustee was appointed on 02/21/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 39,552.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 296.92 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 1,700.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 37,555.08 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/28/2017 and the deadline for filing governmental claims was 08/21/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $4,535.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $4,535.20, for a total compensation of $4,535.20. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.77 for total expenses of $9.77

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  03/13/2018          By :  /s/ Elizabeth C. Berg
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-04923  Judge: Janet S. Baer  Trustee Name: Elizabeth C Berg
Case Name: Lahl, David Brian  Date Filed (f) or Converted (c): 02/21/2017 (f)
341(a) Meeting Date: 03/20/2017
For Period Ending: 03/13/2018  Claims Bar Date: 06/28/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  3206 Blackhawk Trail, St. Charles, IL | 296,000.00 | 0.00 | | 0.00 | FA |
| 2.  Clothing of an Adult male | 100.00 | 0.00 | | 0.00 | FA |
| 3.  Checking Chase Bank checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 4.  LVE Management, LLC Illinois LLC founded 11/11/2013 - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Level One Advisory Group, LLC Illinois LLC founded 3/1/2016 - 25% interest | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Black Coyote Properties, LLC Illinois LLC closed , no operations 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 7.  SMJ Holdings, LLC Illiinois LLC Closed 12/31/2015 No operations - 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Black & Green Madison, LLC Illinois LLC closed 12/31/2016 No operations - 66.67% interest | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Black & Green St. Charles Illinoios LLC Closed 12/31/2015 - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 10. JAG Crossroads, LLC Illinois LLC closed 9/30/2016 - 25% interest | 0.00 | 0.00 | | 0.00 | FA |
| 11. 4633 Verona Road, LLC Illinois LLC - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 12. Fly Boy Properties, LLC - 100 % interest | 0.00 | 0.00 | | 0.00 | FA |
| 13. IRA Principal Securities  IRA Account #: *3064 | 517,147.37 | 0.00 | | 0.00 | FA |
| 14. IRA John Hancock Investments | 91,792.65 | 0.00 | | 0.00 | FA |
| 15. 2016 Ford Fusion | 23,000.00 | 0.00 | | 0.00 | FA |
| 16. 2013 Hyundai Tuscon | 9,000.00 | 0.00 | | 0.00 | FA |
| 17. 2008 Honda Accord | 2,000.00 | 0.00 | | 0.00 | FA |

Page 2

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 17-04923　　　　　Judge: Janet S. Baer　　　　　Trustee Name: Elizabeth C Berg
Case Name: Lahl, David Brian　　　　　　　　　　　　　Date Filed (f) or Converted (c): 02/21/2017 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　341(a) Meeting Date: 03/20/2017
For Period Ending: 03/13/2018　　　　　　　　　　　　Claims Bar Date: 06/28/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18. sofa, chairs. DR table and chairs, Kitchen table and chairs, 4 beds and associated bedroom furniture, misc. decorations and prints Kitchen equipment and tools, clocks and lamps. Location: 3206 Blackhawk Trail, Saint Charles IL 60174 | 1,000.00 | 0.00 | | 0.00 | FA |
| 19. Three TVs | 250.00 | 0.00 | | 0.00 | FA |
| 20. Golf Clubs | 50.00 | 0.00 | | 0.00 | FA |
| 21. two Windows computers and printers, | 500.00 | 0.00 | | 0.00 | FA |
| 22. 2016 Tax Refund - IRS (u) | 33,896.00 | 32,196.00 | | 33,896.00 | FA |
| 23. 2016 Tax Refund - State of Illinois (u) | 5,656.00 | 5,656.00 | | 5,656.00 | FA |
| **TOTALS (Excluding Unknown Values)** | **981,392.02** | **37,852.00** | | **39,552.00** | **Gross Value of Remaining Assets** **0.00** |

**Re Prop. #22**　Trustee made demand upon Debtor and recovered a turnover of $13,896.00 representing a portion of the Debtor's 2016 IRS tax refund.
**Trustee has initiated an adversary proceeding against the Dept. of Treasury seeking a turnover of the $20,000.00, representing a portion of Debtor's 2016 tax refund, that was applied to 2017 estimated taxes.  Adversary settled and dismissed and IRS turned over the $20,000 balance.**
**Re Prop. #23**　Trustee made demand upon and recovered from Debtor and State of Illinois a turnover of the Debtor's 2016 tax refund.

　Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 28, 2018: Trustee and USA reached an agreement whereby IRS agreed to turnover the $20,000 2016 tax refund that was credited to the Debtor's 2017 tax liabilities.  (Pursuant to a stipulation [adversary dkt #11], the Trustee, Debtor and USA acknowledged that the $20,000 was property of the Estate and turned over to the Trustee)  Thereafter, on 1/8/18, the adversary case was closed upon agreed order dismissing the case. Trustee consulted with her accountants and confirmed that no Estate tax return was required to be filed in this case.  Trustee reviewed claims , including the Debtor's claimed exemption in the tax refund.  Trustee paid the Debtor his allowed personal property exemption and prepared her TFR.

September 30, 2017: Trustee recovered tax refunds of $19,000 and filed adversary proceeding against USA to recover improper transfer of remaining 2016 refund ($20,000) to USA as credit versus Debtor's 2017 tax liabilities.  Government has acknowledged liability and is working out logistics of turnover with IRS; Next Status hearing on adversary proceeding scheduled for December 1, 2017.

Page 3

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 17-04923 | Trustee Name: Elizabeth C Berg |
| Case Name: Lahl, David Brian | Date Filed (f) or Converted (c): 02/21/2017 (f) |
| Judge: Janet S. Baer | 341(a) Meeting Date: 03/20/2017 |
| For Period Ending: 03/13/2018 | Claims Bar Date: 06/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2018     **Current Projected Date of Final Report(TFR) :** 06/30/2018

**Trustee's Signature**     /s/Elizabeth C Berg     **Date:** 03/13/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-04923 | | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Lahl, David Brian | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/13/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/18/2017 | [22] | David B. Lahl<br>3206 Blackhawk Trail<br>St. Charles, IL 60174 | Turnover of 2016 IRS Tax Refund | 1224-000 | 13,896.00 | | 13,896.00 |
| 04/20/2017 | [23] | David B. Lahl<br>3206 Blackhawk Trail<br>St. Charles, IL 60174 | Turnover of 2016 State Tax Refund | 1224-000 | 2,656.00 | | 16,552.00 |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 16,537.00 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.11 | 16,513.89 |
| 06/12/2017 | [23] | State of Illinois<br>Illinois Department of Revenue<br>Susana A. Mendoza, Comptroller<br>IL | Turnover of 2016 State Income Tax Refund | 1224-000 | 3,000.00 | | 19,513.89 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 25.73 | 19,488.16 |
| | | | Page Subtotals | | 19,552.00 | 63.84 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)                                                                                                            **Exhibit B**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04923 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Lahl, David Brian | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/13/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/03/2017 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 27.23 | 19,460.93 |
| 09/05/2017 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 27.19 | 19,433.74 |
| 10/04/2017 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 27.16 | 19,406.58 |
| 11/03/2017 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 27.12 | 19,379.46 |
| 12/04/2017 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 27.08 | 19,352.38 |
| 12/15/2017 | [22] | United States Treasury<br>4241 NE 34th Street<br>Kansas City, MO 64117 | Balance of Debtor's 2016 IRS tax refund turned over pursuant to agreement (see stipulation dkt #11 in adversary proceeding 17-A-361) | 1224-000 | 20,000.00 |  | 39,352.38 |
|  |  |  | Page Subtotals |  | 20,000.00 | 135.78 |  |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-04923 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Lahl, David Brian | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/13/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 42.37 | 39,310.01 |
| 02/05/2018 | 51001 | David Lahl<br>PO Box 4110<br>Saint Charles, IL 60174 | Debtor's Exemption Claimed in 2016 Federal Tax Refund | 8100-002 | | 1,700.00 | 37,610.01 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 54.93 | 37,555.08 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 1,797.30 |
| **COLUMN TOTALS** | 39,552.00 | 1,996.92 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 39,552.00 | 1,996.92 |
| Less: Payments to Debtors | | 1,700.00 |
| **Net** | 39,552.00 | 296.92 |

| | |
|---|---|
| All Accounts Gross Receipts: | 39,552.00 |
| All Accounts Gross Disbursements: | 1,996.92 |
| All Accounts Net: | 37,555.08 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5260 Checking Account | 39,552.00 | 1,996.92 | |

UST Form 101-7-TFR (5/1/2011) (Page 8)                                **Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-04923 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Lahl, David Brian | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/13/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 39,552.00 | 1,996.92 | 37,555.08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case: 17-04923 Lahl, David Brian | | | CLAIMS REGISTER | | | Elizabeth C Berg Trustee Dated: Mar 13, 2018 EXHIBIT C Page 1 | |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago, IL 60602 | 2100-000 ADMIN | Valid To Pay | 4,535.20 | 4,535.20 | 0.00 | 4,535.20 | 0.00 |
| | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago, IL 60602 | 2200-000 ADMIN | Valid To Pay | 9.77 | 9.77 | 0.00 | 9.77 | 0.00 |
| | Baldi Berg, Ltd. 20 N. Clark St., Suite 200 Chicago, IL 60602 | 3110-000 ADMIN | Valid To Pay | 7,266.50 | 7,266.50 | 0.00 | 7,266.50 | 0.00 |
| | Baldi Berg, Ltd. 20 N. Clark St., Suite 200 Chicago, IL 60602 | 3120-000 ADMIN | Valid To Pay | 350.00 | 350.00 | 0.00 | 350.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **12,161.47** | **12,161.47** | **0.00** | **12,161.47** | **0.00** |

Case: 17-04923
Lahl, David Brian

CLAIMS REGISTER

Elizabeth C Berg Trustee
Dated: Mar 13, 2018

EXHIBIT C Page 2

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | Golden Eagle Community Bank SmithAmundsen LLC c/o Amber L Bishop 2460 Lake Shore Dr Woodstock, IL 60098 | 7100-000 UNSEC | Valid To Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00002 | Golden Eagle Community Bank SmithAmundsen LLC c/o Amber L Bishop 2460 Lake Shore Dr Woodstock, IL 60098 | 7100-000 UNSEC | Valid To Pay | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00003 | James A. Gaffney c/o Patrick M. Griffin Griffin Williams LLP 21 N 4th St Geneva, IL 60134 | 7200-000 UNSEC | Valid To Pay | 224,306.23 | 224,306.23 | 0.00 | 25,393.61 | 198,912.62 |
| **UNSECURED TOTAL** | | | | **224,306.23** | **224,306.23** | **0.00** | **25,393.61** | **198,912.62** |
| **REPORT TOTALS** | | | | **236,467.70** | **236,467.70** | **0.00** | **37,555.08** | **198,912.62** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:  17-04923
Case Name:  Lahl, David Brian

Trustee Name:  Elizabeth C Berg

Balance on Hand $37,555.08

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 4,535.20 | $ 0.00 | $ 4,535.20 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 9.77 | $ 0.00 | $ 9.77 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 7,266.50 | $ 0.00 | $ 7,266.50 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses $ 12,161.47
Remaining Balance $ 25,393.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) Page 12

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Golden Eagle Community Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 00002 | Golden Eagle Community Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 25,393.61 |

Tardily filed claims of general (unsecured) creditors totaling $224,306.23 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 11.3 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00003 | James A. Gaffney | $ 224,306.23 | $ 0.00 | $ 25,393.61 |
| Total to be paid to tardy general unsecured creditors | | | | $ 25,393.61 |
| Remaining Balance | | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE