UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
Lahl, David Brian  §   Case No. 17-04923
 §
Debtor(s)  §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $312,600.00 (Without deducting any secured claims) | Assets Exempt: $630,940.02 |
| Total Distributions to Claimants: $25,393.61 | Claims Discharged Without Payment: $2,512,411.62 |
| Total Expenses of Administration: $12,458.39 | |

3) Total gross receipts of $39,552.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,700.00 (see **Exhibit 2**), yielded net receipts of $37,852.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $290,027.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $12,458.39 | $12,458.39 | $12,458.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,313,499.00 | $224,306.23 | $224,306.23 | $25,393.61 |
| **TOTAL DISBURSEMENTS** | $2,603,526.00 | $236,764.62 | $236,764.62 | $37,852.00 |

4) This case was originally filed under chapter 7 on 02/21/2017. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   06/12/2018              By :   /s/ Elizabeth C Berg

                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 2016 Tax Refund - State of Illinois | 1224-000 | $5,656.00 |
| 2016 Tax Refund - IRS | 1224-000 | $33,896.00 |
| **TOTAL GROSS RECEIPTS** | | **$39,552.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| David Lahl | Debtor's Exemption C | 8100-002 | $1,700.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,700.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brown CommercialGroup | | $10,000.00 | NA | NA | $0.00 |
| | Huntington NationalBank | | $22,000.00 | NA | NA | $0.00 |
| | Wells Fargo HomeMortgage | | $258,027.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$290,027.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $4,535.20 | $4,535.20 | $4,535.20 |
| Baldi Berg, Ltd. | 3120-000 | NA | $350.00 | $350.00 | $350.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $9.77 | $9.77 | $9.77 |
| Baldi Berg, Ltd. | 3110-000 | NA | $7,266.50 | $7,266.50 | $7,266.50 |
| Texas Capital Bank | 2600-000 | NA | $296.92 | $296.92 | $296.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$12,458.39** | **$12,458.39** | **$12,458.39** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | James A. Gaffney | 7200-000 | NA | $224,306.23 | $224,306.23 | $25,393.61 |
| 00002 | Golden Eagle Community Bank | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 00001 | Golden Eagle Community Bank | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| | Chase Card | | $1,344.00 | NA | NA | $0.00 |
| | Chase Card | | $155.00 | NA | NA | $0.00 |
| | Golden Eagle Bank | | $1,046,000.00 | NA | NA | $0.00 |
| | Golden Eagle Bank | | $1,251,000.00 | NA | NA | $0.00 |
| | Horizon Keystone Financial | | $15,000.00 | NA | NA | $0.00 |
| | James Gaffney/Gafland, Ltd. | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,313,499.00 | $224,306.23 | $224,306.23 | $25,393.61 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 17-04923 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Lahl, David Brian | | Date Filed (f) or Converted (c): 02/21/2017 (f) |
| | | 341(a) Meeting Date: 03/20/2017 |
| For Period Ending: 06/12/2018 | | Claims Bar Date: 06/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 3206 Blackhawk Trail, St. Charles, IL | 296,000.00 | 0.00 | | 0.00 | FA |
| 2. Clothing of an Adult male | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Chase Bank checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. LVE Management, LLC Illinois LLC founded 11/11/2013 - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 5. Level One Advisory Group, LLC Illinois LLC founded 3/1/2016 - 25% interest | 0.00 | 0.00 | | 0.00 | FA |
| 6. Black Coyote Properties, LLC Illinois LLC closed , no operations 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 7. SMJ Holdings, LLC Illiinois LLC Closed 12/31/2015 No operations - 100% interest | 0.00 | 0.00 | | 0.00 | FA |
| 8. Black & Green Madison, LLC Illinois LLC closed 12/31/2016 No operations - 66.67% interest | 0.00 | 0.00 | | 0.00 | FA |
| 9. Black & Green St. Charles Illinoios LLC Closed 12/31/2015 - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 10. JAG Crossroads, LLC Illinois LLC closed 9/30/2016 - 25% interest | 0.00 | 0.00 | | 0.00 | FA |
| 11. 4633 Verona Road, LLC Illinois LLC - 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| 12. Fly Boy Properties, LLC - 100 % interest | 0.00 | 0.00 | | 0.00 | FA |
| 13. IRA Principal Securities  IRA Account #: *3064 | 517,147.37 | 0.00 | | 0.00 | FA |
| 14. IRA John Hancock Investments | 91,792.65 | 0.00 | | 0.00 | FA |
| 15. 2016 Ford Fusion | 23,000.00 | 0.00 | | 0.00 | FA |
| 16. 2013 Hyundai Tuscon | 9,000.00 | 0.00 | | 0.00 | FA |
| 17. 2008 Honda Accord | 2,000.00 | 0.00 | | 0.00 | FA |

Page 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-04923 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Lahl, David Brian | | | Date Filed (f) or Converted (c): | 02/21/2017 (f) |
| | | | | 341(a) Meeting Date: | 03/20/2017 |
| For Period Ending: | 06/12/2018 | | | Claims Bar Date: | 06/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18. sofa, chairs. DR table and chairs, Kitchen table and chairs, 4 beds and associated bedroom furniture, misc. decorations and prints Kitchen equipment and tools, clocks and lamps. Location: 3206 Blackhawk Trail, Saint Charles IL 60174 | 1,000.00 | 0.00 | | 0.00 | FA |
| 19. Three TVs | 250.00 | 0.00 | | 0.00 | FA |
| 20. Golf Clubs | 50.00 | 0.00 | | 0.00 | FA |
| 21. two Windows computers and printers, | 500.00 | 0.00 | | 0.00 | FA |
| 22. 2016 Tax Refund - IRS (u) | 33,896.00 | 32,196.00 | | 33,896.00 | FA |
| 23. 2016 Tax Refund - State of Illinois (u) | 5,656.00 | 5,656.00 | | 5,656.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 981,392.02 | 37,852.00 | | 39,552.00 | 0.00 |

**Re Prop. #22**   Trustee made demand upon Debtor and recovered a turnover of $13,896.00 representing a portion of the Debtor's 2016 IRS tax refund.
**Trustee has initiated an adversary proceeding against the Dept. of Treasury seeking a turnover of the $20,000.00, representing a portion of Debtor's 2016 tax refund, that was applied to 2017 estimated taxes.  Adversary settled and dismissed and IRS turned over the $20,000 balance.**
**Re Prop. #23**   Trustee made demand upon and recovered from Debtor and State of Illinois a turnover of the Debtor's 2016 tax refund.

 Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 28, 2018: Trustee and USA reached an agreement whereby IRS agreed to turnover the $20,000 2016 tax refund that was credited to the Debtor's 2017 tax liabilities.  (Pursuant to a stipulation [adversary dkt #11], the Trustee, Debtor and USA acknowledged that the $20,000 was property of the Estate and turned over to the Trustee)  Thereafter, on 1/8/18, the adversary case was closed upon agreed order dismissing the case. Trustee consulted with her accountants and confirmed that no Estate tax return was required to be filed in this case. Trustee reviewed claims , including the Debtor's claimed exemption in the tax refund.  Trustee paid the Debtor his allowed personal property exemption and prepared her TFR.

September 30, 2017: Trustee recovered tax refunds of $19,000 and filed adversary proceeding against USA to recover improper transfer of remaining 2016 refund ($20,000) to USA as credit versus Debtor's 2017 tax liabilities.  Government has acknowledged liability and is working out logistics of turnover with IRS; Next Status hearing on adversary proceeding scheduled for December 1, 2017.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-04923 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | Lahl, David Brian | | | Date Filed (f) or Converted (c): | 02/21/2017 (f) |
| | | | | 341(a) Meeting Date: | 03/20/2017 |
| For Period Ending: | 06/12/2018 | | | Claims Bar Date: | 06/28/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2018     **Current Projected Date of Final Report(TFR) :** 06/30/2018

**Trustee's Signature**   /s/Elizabeth C Berg     **Date:** 06/12/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 17-04923 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | Lahl, David Brian | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/12/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/18/2017 | [22] | David B. Lahl<br>3206 Blackhawk Trail<br>St. Charles, IL 60174 | Turnover of 2016 IRS Tax Refund | 1224-000 | 13,896.00 | | 13,896.00 |
| 04/20/2017 | [23] | David B. Lahl<br>3206 Blackhawk Trail<br>St. Charles, IL 60174 | Turnover of 2016 State Tax Refund | 1224-000 | 2,656.00 | | 16,552.00 |
| 05/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 16,537.00 |
| 06/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.11 | 16,513.89 |
| 06/12/2017 | [23] | State of Illinois<br>Illinois Department of Revenue<br>Susana A. Mendoza, Comptroller<br>IL | Turnover of 2016 State Income Tax Refund | 1224-000 | 3,000.00 | | 19,513.89 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 25.73 | 19,488.16 |
| | | | | Page Subtotals | 19,552.00 | 63.84 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04923 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Lahl, David Brian | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/12/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 27.23 | 19,460.93 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 27.19 | 19,433.74 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 27.16 | 19,406.58 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 27.12 | 19,379.46 |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 27.08 | 19,352.38 |
| 12/15/2017 | [22] | United States Treasury<br>4241 NE 34th Street<br>Kansas City, MO 64117 | Balance of Debtor's 2016 IRS tax refund turned over pursuant to agreement (see stipulation dkt #11 in adversary proceeding 17-A-361) | 1224-000 | 20,000.00 | | 39,352.38 |
| | | | Page Subtotals | | 20,000.00 | 135.78 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)                                                                                                    Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04923 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Lahl, David Brian | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/12/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 42.37 | 39,310.01 |
| 02/05/2018 | 51001 | David Lahl<br>PO Box 4110<br>Saint Charles, IL 60174 | Debtor's Exemption Claimed in 2016 Federal Tax Refund | 8100-002 | | 1,700.00 | 37,610.01 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 54.93 | 37,555.08 |
| 04/24/2018 | 51002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 4,535.20 | 33,019.88 |
| 04/24/2018 | 51003 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 9.77 | 33,010.11 |
| 04/24/2018 | 51004 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee's Attorneys; Fees | 3110-000 | | 7,266.50 | 25,743.61 |
| | | | | Page Subtotals | 0.00 | 13,608.77 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-04923 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Lahl, David Brian | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5260 Checking Account |
| Taxpayer ID No: | **-***5026 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/12/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/24/2018 | 51005 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee's Attorneys' Expenses | 3120-000 | | 350.00 | 25,393.61 |
| 04/24/2018 | 51006 | James A. Gaffney<br>c/o Patrick M. Griffin<br>Griffin Williams LLP<br>21 N 4th St<br>Geneva, IL 60134 | Disb of 11.32% to Claim #00003 | 7200-000 | | 25,393.61 | 0.00 |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 0.00 | 25,743.61 |
| **COLUMN TOTALS** | 39,552.00 | 39,552.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 39,552.00 | 39,552.00 |
| Less: Payments to Debtors | | 1,700.00 |
| **Net** | 39,552.00 | 37,852.00 |

| | All Accounts Gross Receipts: | 39,552.00 |
| --- | --- | --- |
| | All Accounts Gross Disbursements: | 39,552.00 |
| | All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| ******5260 Checking Account | 39,552.00 | 39,552.00 | |
| **Net Totals** | 39,552.00 | 39,552.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 11)                                                                                                        **Exhibit 9**